**518  WINGERT (Admr.) vs. CIRCUIT JUDGE (Wayne), No. 14254, 101 M., 395.**

To compel respondent to permit relator to file an amended declaration, where the cause of action arose in Canada, and the amendment counted upon the Canadian statute, which provides that the action must be commenced within twelve months after the death, and when the amendment was proposed, the twelve months had expired.

Denied July 5, 1894, with costs.

Held, that the statute of limitations could not be evaded under the guise of an amendment to the declaration.

**519  PRATT vs. CIRCUIT JUDGE (Montcalm), No. 14809; 105 M., 499.**

To allow an amendment to a declaration, in an action for negligent injury, so as to allege the exercise of due care on plaintiff's part.

Denied May 28, 1895, with costs.

Held, that the proposed amendment did not introduce a new cause of action, but inasmuch as the circuit judge returns that his determination was reached upon consideration of other questions, we are not authorized to interfere with his discretion.